FILED
2003 OCT 10 P 4: 17
US DISTRICT COURT
HARTFORD CT

FILED
2003 OCT 10 P 4: 17
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AIU INSURANCE CO., ET AL ) | |
| ) | CIVIL ACTION NO. |
| ) | 302cv2023AWT |
| v.  ) | |
| ) | |
| K-M INVESTMENT CORPORATION, ET AL ) | |
| ) | October 8, 2003 |

JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

The Plaintiffs AIU Insurance Company, American Home Assurance Company, Granite State Assurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Commerce and Industry Insurance Company, and the Commerce and Industry Insurance Company of America (hereinafter collectively "the Plaintiffs") and the Defendants K-M Investment Corporation, AMCI Resources, Inc. and RRD, Inc. (hereinafter collectively "the Defendants") hereby submit this Joint Motion to Modify Scheduling Order Deadlines with respect to this matter. In support of this Motion, the parties jointly state the following:

FILED
2003 OCT 10 P 4: 16
US DISTRICT COURT
HARTFORD CT

1. This action was commenced by the Plaintiffs via a Complaint dated and filed on November 15, 2002.

2. The Plaintiffs are a group of insurance companies and members of the American International Companies. In their Complaint the Plaintiffs alleged that they had issued certain surety bonds on behalf of some or all of the Defendants. The Plaintiffs further alleged that the Defendants were contractually obligated to provide collateral to the Plaintiffs in the amount of the Plaintiffs' outstanding exposure for these bonds. In their Complaint the Plaintiffs alleged that their exposure on these bonds, as of November 15, 2002, was $14,753,660.

3. Since the commencement of this action the parties and their counsel have diligently sought to resolve their disputes without formal judicial process through discussions, communications and informal exchange of information. The parties have made substantial progress in that regard. The Defendants have provided information and documents establishing that the Plaintiffs have been released on many of the bonds which were the subject of this action. Specifically, the Defendants have supplied the Plaintiffs with releases and other documents which, from the perspective of the Plaintiffs, establishes that the Plaintiffs' outstanding exposure on bonds issued for the Defendants has been reduced to approximately

$2,000,000. The Defendants have provided other evidence and information which suggests to the Plaintiffs that this exposure has been and/or will be reduced further in the next several months.

4. Because of the steps which the Defendants have taken to reduce the Plaintiffs' exposure on the subject bonds to date, and further given the parties' mutual interest in resolving their disputes without unnecessarily incurring legal fees and expenses, the parties have mutually agreed to defer prosecution of this action in the hope that the matter can be disposed of without the need to take up this Court's time and resources. The parties are hopeful that, with additional time, all remaining bonds will be released and this matter can be withdrawn without the need for trial.

5. In the further spirit of mutual cooperation, the parties hereby jointly request that this Court modify the current scheduling order by extending certain of the deadlines previously entered by this Court, as specifically set forth below, by 120 days. The additional time sought will provide the Defendants with the opportunity to complete the process of securing final releases of all of the bonds which were the subject of this action. Assuming arguendo that the Defendants are not able to provide releases of all of the bonds, the additional time sought herein

will allow the parties to narrow the scope of their disputes and will limit the judicial time and resources required to resolve this matter at trial.

6. The parties jointly request that the Scheduling Order be modified as specifically set forth below:

a. **Discovery Cutoff**: The current discovery cut-off date was September 1, 2003. The parties request that this deadline be extended by 120 days until December 30, 2004.

b. **Dispositive Motion Deadline**: The current deadline for the filing of dispositive motions was October 1, 2003. The parties request that this deadline be extended by 120 days until January 29, 2004.

c. **Joint Trial Memorandum Deadline**: The current deadline for the filing of the joint trial memorandum is November 1, 2003. The parties request that this deadline be extended by 120 days until February 29, 2004.

d. **Trial Readiness**: The parties had previously indicated that this matter would be trial ready by December 1, 2003. The parties request that the trial readiness deadline be extended by 120 days until March 30, 2004.

THE PLAINTIFFS,
AIU INSURANCE COMPANY,
AMERICAN HOME ASSURANCE
COMPANY, GRANITE STATE INSURANCE
COMPANY, ILLINOIS NATIONAL INSURANCE
COMPANY, THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, NEW HAMPSHIRE
INSURANCE COMPANY, COMMERCE AND
INDUSTRY INSURANCE COMPANY, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY OF CANADA

By: _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street – Suite 401
Hartford, CT  06103
(860) 724-6667
Fed. Bar. No. CT09610
Email: gcase@wolfhorowitz.com

THE DEFENDANTS,
K-M INVESTMENTS CORP.,
AMCI RESOURCES, INC. AND
RRD, INC.

By: *(signature)*
Frank H. Santoro
DANAHER, LAGNESE
& NEAL, PC
21 Oak Street, Capitol Place
Hartford, Connecticut 06106
Tel: (860) 247-3666
Fax: (860) 547-1321
Fed. Bar. No. CT05295