FILED

2003 OCT 10 P 4: 17

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| AIU INSURANCE CO., ET AL ) | |
| ) | CIVIL ACTION NO. |
| ) | 302cv2023AWT |
| v. ) | |
| ) | |
| K-M INVESTMENT CORPORATION, ET AL ) | |
| ) | October 8, 2003 |

---

JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

The Plaintiffs AIU Insurance Company, American Home Assurance Company, Granite State Assurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Commerce and Industry Insurance Company, and the Commerce and Industry Insurance Company of America (hereinafter collectively "the Plaintiffs") and the Defendants K-M Investment Corporation, AMCI Resources, Inc. and RRD, Inc. (hereinafter collectively "the Defendants") hereby submit this Joint Motion to Modify Scheduling Order Deadlines with respect to this matter. In support of this Motion, the parties jointly state the following:

FILED

2003 OCT 10 P 4: 16

US DISTRICT COURT
HARTFORD CT

[Margin handwritten note, rotated: Dispositive motions, if any, shall be filed on or before December 30, 2003. Discovery shall be completed by January 29, 2004. It is so ordered.

Extensions GRANTED, absent objection.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/17/03]