UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| AIU INSURANCE CO., ET AL )<br>)<br>)<br>v.  )<br>)<br>K-M INVESTMENT CORPORATION, ET AL )<br>) | CIVIL ACTION NO.<br>302cv2023AWT<br><br><br><br>February 26, 2004 |

---

JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

The Plaintiffs AIU Insurance Company, American Home Assurance Company, Granite State Assurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Commerce and Industry Insurance Company, and the Commerce and Industry Insurance Company of America (hereinafter collectively "the Plaintiffs") and the Defendants K-M Investment Corporation, AMCI Resources, Inc. and RRD, Inc. (hereinafter collectively "the Defendants") hereby submit this Joint Motion to Modify Scheduling Order Deadlines with respect to this matter. In support of this Motion, the parties jointly state the following:

1. The parties are on the verge of finalizing an agreement which will result in the filing of a joint motion to dismiss the present action. The agreement contemplates that the Plaintiffs will cancel and release a Letter of Credit in exchange for the Defendants' securing the release and return of an original bond which had been issued by the Plaintiffs. The parties anticipate that this process will be completed within the next 45 days. The parties wish to keep the pending action informally stayed in the event that there are any unforeseen problems with the exchange. Barring the unforeseen, the parties anticipate that should be in a position to dismiss this litigation within 60 days.

    a. **Dispositive Motion Deadline**: The current deadline for the filing of dispositive motions is January 29, 2004. The parties request that this deadline be extended until April 30, 2004.

    b. **Joint Trial Memorandum Deadline**: The current deadline for the filing of the joint trial memorandum is February 29, 2004. The parties request that this deadline be extended until May 28, 2004.

    c. **Trial Readiness**: The parties had previously indicated that this matter would be trial ready by March 30, 2004. The parties request that the trial readiness deadline be extended until June, 2004.

THE PLAINTIFFS,
AIU INSURANCE COMPANY,
AMERICAN HOME ASSURANCE
COMPANY, GRANITE STATE INSURANCE
COMPANY, ILLINOIS NATIONAL INSURANCE
COMPANY, THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, NEW HAMPSHIRE
INSURANCE COMPANY, COMMERCE AND
INDUSTRY INSURANCE COMPANY, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY OF CANADA

By: _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street – Suite 401
Hartford, CT  06103
(860) 724-6667
Fed. Bar. No. CT09610
Email: gcase@wolfhorowitz.com

THE DEFENDANTS,
K-M INVESTMENTS CORP.,
AMCI RESOURCES, INC. AND
RRD, INC.

By: /s/ Frank H. Santoro
Frank H. Santoro
DANAHER, LAGNESE
& NEAL, PC
21 Oak Street, Capitol Place
Hartford, Connecticut 06106
Tel: (860) 247-3666
Fax: (860) 547-1321
Fed. Bar. No. CT05295

CERTIFICATION

This is to certify that a true copy of the foregoing was sent, postage prepaid, on this 27th day of February, 2004 to the following counsel of record:

Frank Santoro
Calum Anderson
Danaher, Tedford, Lagnese & Neal
21 Oak Street, Capitol Place
Hartford, CT 06106

Gary M. Case