UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

AIU INSURANCE CO., ET AL )
) CIVIL ACTION NO.
) 302cv2023AWT
v. )
)
K-M INVESTMENT CORPORATION, ET AL )
) March 31, 2004

---

STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Plaintiffs AIU Insurance Company, American Home Assurance Company, Granite State Assurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Commerce and Industry Insurance Company, and the Commerce and Industry Insurance Company of Canada (hereinafter collectively "the Plaintiffs") and the Defendants K-M Investment Corporation, AMCI Resources, Inc. and RRD, Inc. (hereinafter collectively "the Defendants") hereby jointly stipulate to the dismissal of the above-captioned matter, without prejudice and without costs to either party.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this Stipulation of Voluntary Dismissal has been signed by all parties appearing in the action, and therefore this action may be dismissed without further order of the Court.

THE PLAINTIFFS,
AIU INSURANCE COMPANY,
AMERICAN HOME ASSURANCE
COMPANY, GRANITE STATE INSURANCE
COMPANY, ILLINOIS NATIONAL INSURANCE
COMPANY, THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, NEW HAMPSHIRE
INSURANCE COMPANY, COMMERCE AND
INDUSTRY INSURANCE COMPANY, and
COMMERCE AND INDUSTRY INSURANCE
COMPANY OF CANADA

By: _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street – Suite 401
Hartford, CT 06103
(860) 724-6667
Fed. Bar. No. CT09610
Email: gcase@wolfhorowitz.com

THE DEFENDANTS,
K-M INVESTMENTS CORP.,
AMCI RESOURCES, INC. AND
RRD, INC.

By: /s/ Frank H. Santoro

Frank H. Santoro
DANAHER, LAGNESE
& NEAL, PC
21 Oak Street, Capitol Place
Hartford, Connecticut 06106
Tel: (860) 247-3666
Fax: (860) 547-1321
Fed. Bar. No. CT05295

## CERTIFICATION

This is to certify that a true copy of this Stipulation was sent by United States mail, postage prepaid, to the following counsel of record on this 7th day of May, 2004:

Frank H. Santoro
DANAHER, LAGNESE
& NEAL, PC
21 Oak Street, Capitol Place
Hartford, Connecticut 06106

/s/ Gary M. Case

Gary M. Case