FILED
2004 MAY 10 A 11: 00
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| AIU INSURANCE CO., ET AL | ) |
| | ) CIVIL ACTION NO. |
| | ) 302cv2023AWT |
| v. | ) |
| | ) |
| K-M INVESTMENT CORPORATION, ET AL | ) |
| | ) March 31, 2004 |

---

### STIPULATION OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Plaintiffs AIU Insurance Company, American Home Assurance Company, Granite State Assurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa, New Hampshire Insurance Company, Commerce and Industry Insurance Company, and the Commerce and Industry Insurance Company of Canada (hereinafter collectively "the Plaintiffs") and the Defendants K-M Investment Corporation, AMCI Resources, Inc. and RRD, Inc. (hereinafter collectively "the Defendants") hereby jointly stipulate to the dismissal of the above-captioned matter, without prejudice and without costs to either party.

APPROVED. The Clerk shall close the case. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 05/14/04

FILED
2004 MAY 14 P 1:10
U.S. DISTRICT COURT
HARTFORD, CT.